

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Darrell Radford, Larry Keith Radford, Cedric Leon Radford, and Wilburn Shenard Radford and the Estate of Lonzell Radford, Appellants

No. 06-25-00058-CV     v.

Todd Stansbury, Ardie Govan, Croley Funeral Home, Inc. d/b/a Croley Funeral Home-Gilmer, Gary Jackson, Gary Jackson d/b/a Turner Brothers Mortuary, and Murray Funeral Homes LLC., Boren-Conner Funeral Home, Inc. d/b/a Tyler Crematory, Appellees

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 574-23). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Darrell Radford, Larry Keith Radford, Cedric Leon Radford, and Wilburn Shenard Radford and the Estate of Lonzell Radford, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 25, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk